JANUARY 28, 1954

**No. 57831.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protests 176396–K and 176963–K.—Protests abandoned January 7, 1954. ■ ■■ Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 3, 1954

**No. 57832.**—S. H. Kress & Co. *v.* United States, protests 97517–K, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 57833.**—S. H. Kress & Company et al. *v.* United States, protests 161602–K, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer and celluloid sleds similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

**No. 57834.**—Pacific Raw Materials Corp. and J. D. Smith Inter-Ocean, Inc. *v.* United States, protest 213637–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

**No. 57835.**—China Korean Export Import Co., Inc. *v.* United States, protest 216594–K (New York).